# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CURTIS RAY HOWARD                                                                                        PETITIONER
ADC #81086

v.                                              No. 5:11CV00196 JLH/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                             RESPONDENT

## ORDER

      The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

      IT IS THEREFORE ORDERED THAT Petitioner's Motion for Relief Under Fed. R. Civ. P. 60(b)(6) (docket entry #14) is DENIED. IT IS FURTHER ORDERED THAT the Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2254 (docket entry #1), is DISMISSED, WITHOUT PREJUDICE, so that Petitioner may seek authorization from the Eighth Circuit, pursuant to 28 U.S.C. § 2244(b)(3)(A), to file a successive habeas petition.

      DATED this 21st day of August, 2012.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE