**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CURTIS RAY HOWARD                                                                                          PETITIONER
ADC #81086

v.                                              No. 5:11CV00196 JLH/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                                RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Petitioner's Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2254 (docket entry #1), is DISMISSED, WITHOUT PREJUDICE, so that Petitioner may seek authorization from the Eighth Circuit Court of Appeals, pursuant to 28 U.S.C. § 2244(b)(3)(A), to file a successive habeas petition.

DATED this 21st day of August, 2012.

/s/ J. Leon Holmes
UNITED STATES DISTRICT JUDGE