## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CURTIS RAY HOWARD                                                                                          PETITIONER
ADC #81086

v.                                        No. 5:11CV00196 JLH/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                              RESPONDENT

### ORDER

Curtis Ray Howard's motion to strike is DENIED as without merit and is moot because this action has already been dismissed. Document #31.

IT IS SO ORDERED this 4th day of September, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE